EBLING, Respondent, v. SARACENA, Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Summary proceedings by William H. Ebling against Michael Saracena.

From a final order in favor of plaintiff, defendant appeals. Reversed. Albert L. Phillips, for appellant. Platzek & Stroock, for respondent.

MacLEAN, J. By his answer to the petition herein to recover the possession of real property, the defendant put in issue the term of his tenancy; and, although that issue was the only one raised and contested, it appears from the final order itself that the result was arrived at from incidents dehors both the pleadings and the proofs. Therefore the order must be reversed. Order reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

